```
FOX GROUP LEGAL
MYKHANH SHELTON, SBN 198606
mykhanh.shelton@fox.com
MEGHANN CONNER, SBN 274766
meghann.conner@fox.com
2121 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Telephone: (310) 369-0567
Facsimile: (310) 969-0214

Attorneys for Defendants
21st Century Fox America, Inc. and
Fox Entertainment Group, Inc.
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Brian Jun, | CASE NO. |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANTS 21ST CENTURY FOX AMERICA, INC. AND FOX ENTERTAINMENT GROUP, INC.'S NOTICE OF REMOVAL** |
| Fox Group, News America Inc., 21st Century Fox America Inc., Fox Entertainment Group, Inc., and DOES 1 to 100, inclusive, | |
| Defendants. | [28 U.S.C. §§ 1331, 1367, 1441 and 1446] |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Defendants 21st Century Fox America, Inc. and Fox Entertainment Group, Inc. ("Fox" or "Defendants"), by their attorneys, hereby file this Notice of Removal of the action entitled *Brian Jun v. Fox Group, News America Inc., et al.*, currently pending in the Superior Court of the State of California, County of Los Angeles, Case No.

---

DEFENDANTS' NOTICE OF REMOVAL

1 | BC574646 (the "State Action") to the United States District Court for the Central
2 | District of California pursuant to 28 U.S.C. Section 1446(a).

3 |     1.    On March 5, 2015, plaintiff commenced the State Action in the Superior
4 | Court of the State of California, County of Los Angeles.

5 |     2.    On March 11, 2015, Fox Entertainment Group, Inc. and 21st Century Fox
6 | America, Inc. were served with a summons and a copy of the Complaint.  Attached as
7 | Exhibit A to the Declaration of Meghann Conner ("Conner Declaration") are true and
8 | correct copies of the Summonses and Complaint.

9 |     3.    Defendants "Does 1 through 100, inclusive" have not been identified, nor
10 | is there any record of their having been served with the Summons or Complaint in this
11 | State Action.  There is likewise no record of service on any defendants other than Fox
12 | Entertainment Group, Inc. and 21st Century Fox America, Inc.

13 |     4.    On March 27, 2015, Fox Entertainment Group, Inc. and 21st Century Fox
14 | America, Inc. filed their Answer to the Complaint in the Superior Court of the State of
15 | California, County of Los Angeles.  Fox served Plaintiff with a copy of the filed
16 | Answer by regular mail and filed a Proof of Service with the State Court on March 27,
17 | 2015.  A true and correct copy of the filed Answer and Proof of Service is attached to
18 | the Conner Declaration as Exhibit B.

19 |     5.    The documents referenced in paragraphs one through four above represent
20 | all notice, process and proceedings received by Fox in connection with the State Action
21 | and, to the knowledge of Fox, no hearings or proceedings have taken place in the State
22 | Action.

23 |     6.    Removal of the State Action to this Court is proper under the provisions
24 | of Section 1441(a) of Title 28 of the United States Code because Plaintiff's action is
25 | one that raises a question under federal law.  For the reasons set forth herein, this Court
26 | has original jurisdiction of the State Action pursuant to Section 1331 of Title 28 of the
27 | United States Code since it arises under the Family and Medical Leave Act of 1993
28 | ("FMLA"), 29 U.S.C. §2601, *et seq.* in that:

(a) Defendants are private employers covered under the FMLA pursuant to 29 U.S.C. § 2611, as they employ 50 or more employees.

(b) Plaintiff's Complaint, *on its face*, invokes federal jurisdiction by alleging causes of action for: (1) unlawful violation of the Family Medical Leave Act; and (2) unlawful retaliation in violation of the Family Medical Leave Act. (*See* Complaint, Third and Fourth Causes of Action.). Specifically, Plaintiff alleges that Fox violated the FMLA by taking adverse actions against Plaintiff, including terminating his employment for exercising his right to take protected leave to care for his disabled wife who had been pregnant. (Compl., ¶¶ 39, 40, 49.)

(c) Plaintiff's Complaint also alleges six other causes of action for: (1) unlawful violation of the California Family Rights Act; (2) unlawful retaliation in violation of the California Family Rights Act; (3) unlawful associational disability discrimination in violation of the Fair Housing and Employment Act; (4) unlawful associational pregnancy discrimination in violation of the Fair Housing and Employment Act; (5) failure to prevent discrimination and/or retaliation in violation of the Fair Housing and Employment Act; and (6) wrongful termination in violation of public policy. These claims and Plaintiff's FMLA claims involve substantially the same set of facts, as each of Plaintiff's claims relate to his central allegation that Defendants improperly took adverse actions against Plaintiff, including terminating his employment for exercising his right to take protected leave to care for his disabled wife who had been pregnant. (Compl., ¶¶ 13, 20, 21, 30, 39, 40, 49, 58, 68, 74, 82.)

(d) This Court may therefore exercise supplemental jurisdiction over any possible state claims arising in this State Action since Plaintiff's federal claims clearly confer jurisdiction on this Court and the state and federal claims "derive from a common nucleus of operative fact." *United Mine Workers v. Gibbs*, 383 U.S. 715, 725 (1986); *see* 28 U.S.C §§ 1367(a). Moreover, even if the claims raising a federal question are accompanied by separate state law claims, the entire action may be removed to this Court under 28 U.S.C. Section 1441(c).

7. This Notice of Removal is timely filed pursuant to 28 U.S.C. Section 1446(b) because it is filed within 30 days of proper service of the Summonses and Complaint on Fox.

8. Promptly after filing of this Notice of Removal, Defendants shall give written notice to all parties and shall file a copy of this Notice with the Clerk of the Superior Court of the State of California for the County of Los Angeles. *See* 28 U.S.C. § 1446(d).

9. Venue is proper pursuant to paragraphs 3 and 4 of the Complaint, which allege that Plaintiff resides in and Defendants' principal places of business are in the Central District of California.

Dated:  April 1, 2015        FOX GROUP LEGAL
                             MyKhanh Shelton
                             Meghann Conner

                             By: /s/ *Meghann Conner*
                                 MEGHANN CONNER
                                 Attorneys for Defendants